# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RACHEL WEINBERGER,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | **NO. 17-5780** |
| **UNIVERSITY OF PENNSYLVANIA,** : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this __4th___ day of February, 2020, upon consideration of Defendant's Motion for Summary Judgment ("Motion") (Doc. 18) and Plaintiff' Response in Opposition (Doc. 22), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that Defendant's Motion for Leave to File a Reply Brief (Doc. 25) is **DENIED**.

**IT IS FURTHER ORDRED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated February __4___, 2020.